IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SRIKANTH TANGIRALA

     Plaintiff,                                No.CIV-S-06-0384 FCD PAN PS

     vs.

JOHN E. POTTER,
Postmaster General, U.S. Postal Service,

     Defendant.                               ORDER

_____/

        On March 13, 2006, plaintiff, who proceeds in pro se, paid the filing fee to commence her action after this court denied her application to proceed in forma pauperis. On April 13, 2006, plaintiff filed a "request for a speedy process" by the court. However, the only action required is plaintiff's timely service of process upon defendant. See generally, Fed. R. Civ. P. 4.

        Service of process must be completed within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m). This period commenced with plaintiff's March 13, 2006 payment of the filing fee, requiring that service of process be completed by July 11, 2006. Service upon the United States, its agencies, corporations, officers or employees must comply with Fed. R. Civ. P. 4(i). Plaintiff must also file with the court proof of timely and proper service of process. Fed. R. Civ. P. 4(l).

1

Accordingly, plaintiff's April 13, 2006 "request for a speedy process" is denied.

DATED: April 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006:tang0384.sop