IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SRIKANTH TANGIRALA,

    Plaintiff,                         CIV-S-06-0384 FCD PAN (GGH) PS

    vs.

JOHN E. POTTER, Postmaster General,          ORDER
U.S. Postal Service, et al.,

    Defendants.
_____/

        Defendants Medical Board of California and Managed Health Care of California have filed separate motions to dismiss plaintiff's amended complaint, and noticed the matters for hearing on September 7, 2006, and September 14, 2006, respectively.  The motions are hereby consolidated for hearing on Thursday, September 28, 2006, at 10:00 a.m., in Courtroom No. 24, unless further ordered by the court.  The parties shall comply with the briefing requirements set forth in E. D. Cal. L. R. 78-230.

DATED: 8/2/06                                         /s/ Gregory G. Hollows

                                                   GREGORY G. HOLLOWS
                                                   U. S. MAGISTRATE JUDGE

NOW6:TANGIRALA.reschedule.wpd