IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SRIKANTH TANGIRALA,

    Plaintiff,

vs.

JOHN E. POTTER, Postmaster General, U.S. Postal Service, et al.,

    Defendants.
_____/

No. CIV S-06-0384 FCD GGH PS

ORDER

        On September 22, 2006, this court dismissed plaintiff's "complaint" filed February 23, 2006, and "amended complaint" filed May 25, 2006, and directed plaintiff to file, within twenty days, a "Second Amended Complaint" that complies with general rules of pleading, sets forth a clear statement of the court's jurisdiction, identifies all defendants and the claims against them, and articulates claims showing entitlement to relief.

        Plaintiff timely filed his Second Amended Complaint on October 11, 2006, in this fee-paid case, that complies with the court's instructions. Accordingly, since this case has been reassigned to four different magistrate judges within the last eight months, the Clerk of Court is directed to serve upon plaintiff the undersigned's "New Civil Case Documents" so this case may properly and timely proceed with respect to service of process and the filing of a joint status

1

report. Plaintiff is warned that although he proceeds in pro se, he is bound by this court's Local Rules and the Federal Rules of Civil Procedure; failure to comply therewith may be grounds for dismissal, default judgment, or any other sanction appropriate under these rules. E. D. Cal. L. R. 83-183.

    So ordered.

DATED: 10/25/06                              /s/ Gregory G. Hollows

                                                                  ————————————————
                                                                  GREGORY G. HOLLOWS
                                                                  U. S. MAGISTRATE JUDGE

GGH5:Tangirala0384.proceed