IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SRIKANTH TANGIRALA,

    Plaintiff,                                              No. CIV S-06-0384 FCD GGH PS

    vs.

JOHN E. POTTER, Postmaster General,                ORDER
U.S. Postal Service, et al.,

    Defendants.

_____/

        Currently pending before this court for hearing on December 7, 2006, are motions to dismiss filed by the Department of Managed Health Care of California on October 31, 2006, and by defendant Medical Board of California on November 1, 2006. The court has determined that oral argument would not be of material assistance in resolving the issues presented. Accordingly, the hearings scheduled for December 7, 2006 are hereby vacated and defendants' motions to dismiss are submitted for decision on the papers.

        So ordered.

DATED: 12/4/06                                                      /s/ Gregory G. Hollows
                                                                 GREGORY G. HOLLOWS
                                                                  U. S. MAGISTRATE JUDGE

GGH5:Tangirala0384.sub

1