IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SRIKANTH TANGIRALA,

    Plaintiff,                        CIV S-06-0384 FCD GGH PS

    vs.

JOHN E. POTTER, POSTMASTER       FINDINGS AND RECOMMENDATIONS
GENERAL, UNITED STATES POSTAL
SERVICE, OFFICE OF WORKERS'
COMPENSATION, EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION, et al.,

    Defendants.
_____/

        On January 29, 2007, this court recommended dismissal of defendants Medical Board of California and Department of Managed Health Care of California and granted plaintiff leave to file a Third Amended Complaint setting forth the following "with respect to *each* remaining defendant *separately*: the specific statute or statutes under which plaintiff alleges each claim, and the specific elements of each claim in terms of each statute." Findings and Recommendations, at p. 10 (original emphasis). The court stated that failure timely to file a Third Amended Complaint meeting these requirements would result in a recommendation that this case proceed on the Second Amended Complaint against the federal defendants only. The court now issues these findings and recommendations.

1

Plaintiff's proposed Third Amended Complaint, timely filed, fails to satisfy minimum pleading requirements. In addition to adding previously unnamed defendants (on the title page only), the complaint merely references, without naming, "remaining defendants related to industrial injury" and asserts generally their actions related to plaintiff's health care[1] constituted "a federal offense in violation of federal law." In addition, plaintiff specifically identifies violations of "the Equal Protection Act" for failure to process plaintiff's complaints; the Privacy Act for "passing unrelated information and disclosing confidential information by misleading other staff;" 18 U.S.C. § 2340 (criminal statute defining torture), 18 U.S.C. § 1113 (criminal statute defining attempted murder and manslaughter) , and 18 U.S.C. § 1114 (punishments for killing or attempted killing of U.S. officer or employee). However, plaintiff fails to articulate the specific elements of each of these claims and how the named defendants violated these laws. None of these citations support causes of actions against the medical personnel who treated plaintiff for his industrial injury.

Despite this court's liberal construction of plaintiff's pro se pleadings, and plaintiff's opportunity to amend his complaint with specific instructions from the court, plaintiff has failed to state claims upon which relief can be granted against any nonfederal defendant. Fed. R. Civ. P. 12(b)(6).

Accordingly, IT IS HEREBY RECOMMENDED that this case proceed on the Second Amended Complaint against the federal defendants only. All other defendants named therein should be dismissed, specifically, defendants San Quentin State Prison ("CDCR California"), Dr. Ansumana Gebeh, Dr. Susan Scholey, Dr. Crispino Ylanan, and Dr. Douglas

---

[1] Plaintiff asserts generally as follows (proposed Third Amended Complaint, at p. 8): "Plaintiff contends that all the defendants mentioned in this complaint affected adversely the life, health, happiness and peace in various ways by conducting improper medical tests, by not conducting proper medical tests within time, by unnecessary referrals, by referring to irrelevant information, by passing bad comments into and through the records, by writing improper restrictions for work, by disclosing confidential information, by denying, deviating and delaying the complaints, by making inappropriate decisions and determinations, by terminating the employment."

Merill. Plaintiff's Third Amended Complaint should be stricken.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within ten (10) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten (10) days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 3/9/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH5:Tang0384.f&r.II