1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SRIKANTH TANGIRALA,

11          Plaintiff,                    CIV-S-06-0384 FCD GGH PS

12   vs.

13   JOHN E. POTTER, et al.,

14          Defendants.           <u>ORDER</u>

15   _____/

16          On January 29, 2007, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within ten days.  Plaintiff filed objections on

19   February 7, 2007, defendant filed a reply to plaintiff's objections on February 20, 2007, and they

20   were considered by the district judge.

21          This court reviews de novo those portions of the proposed findings of fact to

22   which objection has been made.  28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v.</u>

23   <u>Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920

24   (1982).  As to any portion of the proposed findings of fact to which no objection has been made,

25   the court assumes its correctness and decides the motions on the applicable law.  <u>See</u> <u>Orand v.</u>

26   <u>United States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

1  reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

2  1983).

3          The court has reviewed the applicable legal standards and, good cause appearing,

4  concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

5  Accordingly, IT IS ORDERED that:

6          1.  The Proposed Findings and Recommendations filed January 29, 2007, are

7  ADOPTED;

8          2.  The motion to dismiss filed by defendant Department of Managed Health Care

9  of California on October 31, 2006, is GRANTED;

10         3.  The motion to dismiss filed by defendant Medical Board of California on

11  November 1, 2006, is GRANTED; and

12         4.  Defendants Department of Managed Health Care of California and Medical

13  Board of California are dismissed from this action with prejudice.

14  DATED: March 8, 20007.

15

16                                    _____

17                                    FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26