IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SRIKANTH TANGIRALA,

    Plaintiff,                      CIV-S-06-0384 FCD GGH PS

    vs.

JOHN E. POTTER, et al.,

    Defendants.                  ORDER

_____/

        On January 29, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and to which both plaintiff and defendants filed objections. On March 9, 2007, the court adopted the magistrate judge's findings and recommendations. (Docket # 69). On March 9, 2007, the magistrate judge also filed further findings and recommendations herein, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. (Docket # 68). On March 20, 2007, plaintiff filed a "Request for Reconsideration" which the court construes, in part, as objections to the findings and recommendations, (Docket # 68), and in part, as a motion for reconsideration of this court's Order. (Docket #69).

        In regards to plaintiff's objections to the magistrate judge's findings and recommendations, this court reviews de novo those portions of the proposed findings of fact to

1

which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

In regards to plaintiff's motion for reconsideration, a district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263. Plaintiff does not present any new material evidence. Furthermore, the court finds that, after a de novo review of this case, the March 9, 2007 order adopting the January 29, 2007 findings and recommendations is neither manifestly unjust nor clearly erroneous.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed March 9, 2007, are ADOPTED;

2. Plaintiff's March 20, 2007 motion for reconsideration is DENIED;

/////
/////
/////
/////
/////
/////

3. This case shall proceed on the Second Amended Complaint against the federal defendants only.  All other defendants named therein are dismissed, specifically, defendants San Quentin State Prison ("CDCR California"), Dr. Ansumana Gebeh, Dr. Susan Scholey, Dr. Cirspino Ylanan, and Dr. Douglas Merill.  Plaintiff's Third Amended Complaint is stricken.

DATED: April 25, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE