IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SRIKANTH TANGIRALA,

    Plaintiff,

vs.

JOHN E. POTTER, Postmaster General, U.S. Postal Service, et al.,

    Defendants.

_____/

No. CIV S-06-0384 FCD GGH PS

ORDER

    Plaintiff is hereby ordered to cease emailing chambers or copying to chambers emails sent to opposing counsel.[1] The court will not consider any material sent to it via email, nor any material that is filed extraneous to proceedings pending before the court. Further inclusion of court personnel and chambers in plaintiff's email communications with opposing counsel, or further nonsubstantive emails directed to chambers shall result in the imposition of sanctions, either monetary or by the exclusion of evidence, or both. See E. D. Cal. Local Rule

---

[1] Plaintiff's emails include those sent June 26, 2007, addressed to "Hi Everyone!" and July 17, 2007, addressed to "Dear Fellow Residents," both nonsubstantive complaints about his case, and emails dated August 3 and August 7, 2007, to opposing counsel, copied to court personnel, regarding the parties' exchange of documents, the latter including a 24-page document.

1

1  11-110 ("Failure of . . . a party to comply with these Rules or with any order of the Court may be
2  grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or
3  within the inherent power of the court"). This directive is effective immediately.
4          IT IS SO ORDERED.
5  DATED: 8/13/07                    /s/ Gregory G. Hollows

                                     _____
6                                    GREGORY G. HOLLOWS
                                     U. S. MAGISTRATE JUDGE
7
8  NOW6:Tangirala0384.emails