IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SRIKANTH TANGIRALA,            )        Case No. 2:06-CV-00384-FCD-GGH PS
                               )
            Plaintiff,         )        ORDER MODIFYING PRETRIAL
                               )        SCHEDULE
     v.                        )
                               )
JOHN E. POTTER, Postmaster General, )
U.S. Postal Service, et al.,   )
                               )
            Defendant.         )
_____)

    The stipulation between the parties to modify the pretrial schedule is hereby GRANTED. The parties shall adhere to the following pretrial schedule:

    Discovery cutoff:    December 31, 2007

    Law and motion cutoff:    March 14, 2008

    IT IS SO ORDERED.

DATED: 10/23/07                    /s/ Gregory G. Hollows
                                        United States Magistrate Judge

Tang0384.stip.ord