1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SRIKANTH TANGIRALA,

11              Plaintiff,                        No. CIV S-06-0384 FCD GGH PS

12        vs.

13   JOHN E. POTTER, Postmaster General,          ORDER
     U.S. Postal Service, et al.,
14
                Defendants.
15
     _____/
16

17              Defendants' motion for summary judgment, submitted for decision on the papers

18   on February 29, 2008, remains pending before this court.  Accordingly, the dates set for filing the

19   parties' pretrial statements (April 10, 2008), and for trial (June 24, 2008), are hereby vacated

20   pending a decision on the pending motion, and will be rescheduled if the case thereafter

21   proceeds.

22              So ordered.

23   DATED: 04/08/08                    /s/ Gregory G. Hollows
                                        U.S. MAGISTRATE JUDGE
24   GGH5:Tangirala0384.vac

25

26

                                             1