IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SRIKANTH TANGIRALA,

     Plaintiff,                                  CIV-S-06-0384 FCD GGH PS

     vs.

JOHN E. POTTER, Postmaster General,
U.S. POSTAL SERVICE, et al.,

     Defendants.                              ORDER

_____/

          On June 25, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff's "Question" filed July 7, 2008, and construed as objections, was considered by the district judge.

          This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

     The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

     1. The Findings and Recommendations filed June 25, 2008, are ADOPTED;

     2. The Office of Workers' Compensation Program ("OWCP") and Equal Employment Opportunity Commission ("EEOC") are dismissed from this action pursuant to Fed. R. Civ. P. 12(b)(1);

     3. Plaintiff's Fourteenth Amendment Equal Protection claim is dismissed pursuant to Fed. R. Civ. P. 12(b)(6);

     4. Defendants are granted summary judgment on plaintiff's Rehabilitation Act claims pursuant to Fed. R. Civ. P. 56;

     5. Defendants are granted summary judgment on plaintiff's Title VII claims pursuant to Fed. R. Civ. P. 56;

     6. Plaintiff's records amendment claim under the Privacy Act is dismissed for lack of subject matter jurisdiction (Fed. R. Civ. P. 12(b)(1)), and summary judgment is entered on behalf of defendants on plaintiff's damages claims under the Privacy Act (Fed. R. Civ. P. 56);

     7. Summary judgment is granted on behalf of defendants on plaintiff's claims under the Fair Labor Standards Act;

     8. Judgment is entered for defendants, and this case is closed.

DATED: July 18, 2008.

                        FRANK C. DAMRELL, JR.
                        UNITED STATES DISTRICT JUDGE