1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SRIKANTH TANGIRALA,

11            Plaintiff,                    CIV-S-06-0384 FCD GGH PS

12       vs.

13
    JOHN E. POTTER, Postmaster General,
14  U.S. POSTAL SERVICE, et al.,

15            Defendants.                   ORDER

16  _____/

17            On July 18, 2008, the court adopted the magistrate judge's findings and

18  recommendations issued on June 25, 2008, and entered judgment for defendants.  The case was

19  closed.

20            On November 26, 2008, plaintiff filed a motion to re-open case and grant

21  injunctive relief.  To the extent the court construes this as a motion to alter or amend the

22  judgment pursuant to Rule 59 of the Federal Rules of Civil Procedure, such motion must be filed

23  no later than 10 days after the entry to judgment.  Plaintiff failed to file the motion within the

24  requisite period.  To the extent the court construes this as motion for relief from judgment

25  pursuant to Rule 60 of the Federal Rules of Civil Procedure, the court may relieve a party from a

26  final judgment on the basis of: "(1) mistake, inadvertence, surprise, or excusable neglect; (2)

1

1   newly discovered evidence that, with reasonable diligence, could not have been discovered in

2   time to move for a new trial under Rule 59(b); fraud . . . , misrepresentation, or misconduct by an

3   opposing party, ... or (6) any other reason that justifies relief.  Plaintiff has failed to point to or

4   support any basis for reconsideration.

5          Accordingly, plaintiff's motion to re-open and for injunctive relief is DENIED.

6   DATED:  January 5, 2009

7

8   _____

9          FRANK C. DAMRELL, JR.
           UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26