IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SRIKANTH TANGIRALA,

        Plaintiff,                              CIV-S-06-0384 FCD GGH PS

    vs.

JOHN E. POTTER, Postmaster General,
U.S. POSTAL SERVICE, et al.,

        Defendants.                        <u>ORDER</u>

_____/

        On July 18, 2008, the court adopted the magistrate judge's findings and recommendations issued on June 25, 2008, and entered judgment for defendants. The case was closed.

        On November 26, 2008, plaintiff filed a motion to re-open case and grant injunctive relief. The court denied the motion on January 6, 2009. On April 13, 2009, plaintiff filed a motion to issue decision to pay wages, expenses, and losses incurred and to provide medical care. To the extent the court construes this as a motion to alter or amend the judgment pursuant to Rule 59 of the Federal Rules of Civil Procedure, such motion must be filed no later than 10 days after the entry to judgment. Plaintiff failed to file the motion within the requisite period. To the extent the court construes this as motion for relief from judgment pursuant to

1

Rule 60 of the Federal Rules of Civil Procedure, the court may relieve a party from a final judgment on the basis of: "(1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); fraud . . . , misrepresentation, or misconduct by an opposing party, ... or (6) any other reason that justifies relief. Plaintiff has failed to point to or support any basis for reconsideration.

Accordingly, plaintiff's motion is DENIED.

DATED: April 16, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE